LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GO BEST, LLC, a Nevada limited-liability company, <br><br> Plaintiff, <br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and OFFICERS DOE I-X, <br><br> Defendants. | Case No.:   2:24-cv-00632-RFB-DJA <br><br> **STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> (First Request) |

Defendant, Las Vegas Metropolitan Police Department ("LVMPD"), by and through its counsel, Kaempfer Crowell, and Plaintiff, Go Best, LLC ("Plaintiff"), by and through its counsel, Ashcraft & Barr, hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1 and LR IA 6-2 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3766890_1  6943.307

Page 1 of 2

Plaintiff filed its Complaint on April 1, 2024, [ECF No. 1], and LVMPD was served on June 18, 2024. The instant extension is requested as LVMPD's Counsel was recently retained and requires additional time to prepare a responsive pleading to the Complaint.

Upon agreement by and between all the parties hereto as set forth herein, the undersigned respectfully requests this Court grant an extension of time, up to and including Tuesday, July 23, 2024, for LVMPD to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

DATED this 3rd day of July, 2024.

| KAEMPFER CROWELL | ASHCRAFT & BARR LLP |
|---|---|
| By: /s/ *Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>KRISTOPHER KALKOWSKI<br>Nevada Bar No. 14892<br>1980 Festival Plaza Drive<br>Suite 650<br>Las Vegas, Nevada 89135<br><br>**Attorneys for Defendant,**<br>**Las Vegas Metropolitan Police Department** | By: /s/ *Jeffrey Barr*<br>JEFFREY F. BARR<br>Nevada Bar No. 7269<br>ALICIA R. ASHCRAFT<br>Nevada Bar No. 6890<br>8275 South Eastern Avenue,<br>Suite 200-695<br>Las Vegas, NV 89123<br><br>**Attorneys for Plaintiff** |

IT IS SO ORDERED.

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/8/2024

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3766890_1  6943.307

Page 2 of 2