JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ALICIA R. ASHCRAFT, ESQ.
Nevada Bar No. 6890
ASHCRAFT & BARR | LLP
9205 West Russell Road, Suite 240
Las Vegas, Nevada  89148
(702) 631-4755
*Attorneys for Plaintiff Go Best, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GO BEST, LLC,<br><br>Plaintiff<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | **Case No.: 2:24-cv-00632-RFB-DJA**<br><br>**STIPULATION TO EXTEND TIME FILE RESPONSE TO MOTION TO COMPEL [ECF No. 23]**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the time for Plaintiff GO BEST, LLC to file its Response to Defendant's Motion to Compel (originally due on January 14, 2025) [ECF No. 23] is hereby extended to and including **January 21, 2025**.  This STIPULATION is made and based upon the following:

1. The Hearing on this matter is currently set for February 4, 2025.
2. This is the First Request.
3. This Stipulation is requested because the father for Lead Counsel for Plaintiff has had to undergo emergency surgery.

/ / /

/ / /

/ / /

4. This Stipulation is made in good faith and not to delay proceedings.

DATED this 14th day of January 2025.

| | |
|---|---|
| ASHCRAFT & BARR \| LLP | KAEMPFER CROWELL |
| /s/ *Alicia R. Ashcraft* | */s/ Lyssa S. Anderson* |
| ALICIA R. ASHCRAFT, ESQ. | LYSSA S. ANDERSON |
| Nevada Bar No. 6890 | Nevada Bar No. 5781 |
| 9205 W. Russell Road, STE 240 | KRISTOPHER KALKOWSKI |
| Las Vegas, Nevada 89148 | Nevada Bar No. 14892 |
| | 1980 Festival Plaza Drive |
| | Suite 650 |
| | Las Vegas, Nevada 89135 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Las Vegas Metropolitan Police Department* |

**ORDER**

**IT IS SO ORDERED.**

DATED this 15th day of January 2025.

_____
UNITED STATES MAGISTRATE JUDGE