LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GO BEST, LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; and OFFICERS DOE I-X,<br><br>Defendants. | Case No.:   2:24-cv-00632-RFB-DJA<br><br>**STIPULATION/REQUEST TO RE-SCHEDULE HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [ECF NO. 19] and DEFENDANTS' MOTION TO COMPEL [ECF NO. 23]** |

IT IS HEREBY REQUESTED, STIPULATED AND AGREED between the parties that the hearing date on Plaintiff's Motion for Protective Order, [ECF No. 19] and Defendants' Motion to Compel [ECF No. 23], currently scheduled for February 4, 2025, be re-scheduled.

On December 18, 2024 this Court entered a Minute Order scheduling a hearing on Plaintiff's Motion for Protective Order for February 4, 2025 at 1:30 p.m., [ECF No. 20] and a Minute Order scheduling a hearing on Defendants' Motion to Compel for the same date and time was entered on January 2, 2025, [ECF No. 24].  The parties enter into this joint request/stipulation at the request of Defendants' Counsel.  Defendants' Counsel recently had

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3916337_1  6943.307

Page 1 of 2

surgery and there has been a complication in the healing process that has resulted in Counsel being unable to attend the hearing currently set for February 4, 2025. Plaintiff's Counsel agrees to the hearing being re-scheduled for two weeks so that Defendants' counsel will be recovered. As such, the parties respectfully request that the hearing be re-scheduled to a date that is convenient for the Court after February 17, 2025.

DATED this 28th day of January, 2025.

KAEMPFER CROWELL

By: /s/ *Lyssa S. Anderson*
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

**Attorneys for Defendant,
Las Vegas Metropolitan Police Department**

ASHCRAFT & BARR LLP

By: /s/ *Jeffrey Barr*
JEFFREY F. BARR
Nevada Bar No. 7269
ALICIA R. ASHCRAFT
Nevada Bar No. 6890
8275 South Eastern Avenue,
Suite 200-695
Las Vegas, NV 89123

**Attorneys for Plaintiff**

## ORDER

**IT IS ORDERED.** The hearing scheduled on February 4, 2025 on Plaintiff's Motion for Protective Order [ECF NO. 19] and Defendants' Motion to Compel [ECF NO. 23] is **VACATED** and **RESET** for **February 18, 2025 at 1:30 p.m.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/30/2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

3916337_1  6943.307

Page 2 of 2